United States Court of Appeals

For the Eighth Circuit

_____

No. 14-3420
_____

Don Antione Jones

*Plaintiff - Appellant*

v.

Ramsey County Sheriff's Department; Mark Bloom; Sheriff Bostrum; Sgt. Rodriguez; Sgt. L. Werner; Dr. Brad Dupre

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis
_____

Submitted: June 25, 2015
Filed: July 8, 2015
[Unpublished]
_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.
_____

PER CURIAM.

Inmate Don Antione Jones appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully considered Jones's arguments for reversal and conducting de novo review of the record, see Murchison v. Rogers, 779 F.3d 882, 886-87 (8th Cir. 2015), we agree with the district court that summary judgment was warranted; and we find no error in the denial of Jones's motions for leave to amend his complaint, see Geier v. Missouri Ethics Comm'n, 715 F.3d 674, 678 (8th Cir. 2013). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.